**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02018-REB-MEH

JACKIE ORTEGA, and
HERIBERTO ORTEGA,

      Plaintiffs,

v.

BARCLAYS CAPITAL REAL ESTATE INC., a Delaware corporation, and
DEUTSCHE BANK NATIONAL TRUST COMPANY, a National Association, as trustee
for 2007 Securitized Asset-Backed Receivables LLC Trust 2007-BR5 Mortgage Pass-
Through Certificates, Series 2007-BR5 trustee,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Unopposed Motion To Dismiss With Prejudice**

[#27] filed May 20, 2011.  After reviewing the motion and the file, I conclude that the

motion should be granted and that this should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Unopposed Motion To Dismiss With Prejudice** [#27] filed May 20,

2011, is **GRANTED**;

      2.  That the Trial Preparation Conference set for November 4, 2011, is

**VACATED**;

      3.  That the jury trial set to commence November 21, 2011, is **VACATED**;

      4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge